UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
03 JUL 21 PM 12: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES,
    Plaintiff,

v.

ALEX MARIN FIGUEROA, ET AL.,
    Defendants.

Civil No. 97-1944(PG)

| MOTION | ORDER |
|---|---|
| Docket # 7 - MOTION FOR DISBURSEMENT OF FUNDS | **DENIED.** |

Date: _____July_____ 17, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

