UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
03 SEP -2 AM 8:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff,

v.     Civil No. 97-1944 (PG)

AXEL MARIN FIGUEROA, SANDRA
IVELISSE RIVERA RIOS, and the
conjugal partnership
constituted by both,
    Defendant.

| MOTION | ORDER |
|---|---|
| **DOCKET #10** - Notice To The Court and Request For Withdrawal of Funds. | **GRANTED.** |

Date: _August, 29_ 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

