UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff,

v.   Civil No. 97-1944(PG)

AXEL MARIN FIGUEROA, SANDRA
IVELISSE RIVERA RIOS, and the
conjugal partnership
constituted by both,
    Defendant.

| MOTION | ORDER |
|---|---|
| DOCKET #9 - MOTION TO LIFT FUNDS | MOOT. |

Date: _October, 22_ 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge